# REMAND/JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 19-00186-GW(MAAx) | Date | March 11, 2019 |
|---|---|---|---|
| Title | *Edward Gately v. Sheraton License Operating Company, LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **IN CHAMBERS - ORDER**

      This action was removed to this federal court based on alleged diversity jurisdiction. *See* Notice of Removal, Docket No. 1. On March 1, 2019, this Court issued an order to show cause as to jurisdiction because certain of the defendants were limited liability companies ("LLCs") and the removal notice did not delineate the citizenship of their members. (Docket No. 12. Defendants have now filed a Declaration Regarding Order to Show Cause (Docket No. 14) wherein they indicate that there is a "down the chain ownership" of certain Defendant LLCs by entities who share common citizenship with the Plaintiff. Hence, there is no subject matter jurisdiction based on diversity as to this lawsuit. Therefore, this case is forthwith remanded back to state court.

                                                                                                                                                           :

Initials of Preparer    JG